17-16990:17.0:Application for Installment Agreement:Main Document Entered: 7/11/2017 4:58:18 PM by:Steve Miljus Page 2 of 2

Fill in this information to identify your case:

Debtor 1    Tatiana                                Williams
            First Name      Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name     Last Name

United States Bankruptcy Court for the:   Northern          District of  Illinois
                                                                         (State)
Case number
(if known)  17-16990

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒ The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 | 7-19-17  Month / day / year |
| $ 100 | 8-11-17  Month / day / year |
| $ 100 | 9-13-17  Month / day / year |
| +$ _____ | _____ Month / day / year |

Total  $ 310

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

JUL 13 2017           By the court:    J. Cox   *Jacqueline P. Cox*
Month / day / year                              United States Bankruptcy Judge